# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Riley v. Decoulos et al  **Case Number:** 00-01142  **Ch:**

**MOVANT/APPLICANT/PARTIES:**

Status Conference:
#48 First Amended Complaint (Adv. P. No. 00-1142) Lynne F. Riley vs. Nicolas J. Decoulos Esq. et al.

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
**x** _____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

A status conference was held. In accordance with this Court's Memorandum and Order dated June 29, 2005, the decision of the United States Court of Appeals for the First Circuit dated March 10, 2010, and the Final Order of the United States District Court dated May 18, 2010, the Plaintiff is directed to submit a proposed form of judgment and execution against Nicholas J. Decoulos with respect to Counts I and II of the First Amended Complaint within 7 days of the date of this order. With respect to Counts VII and VIII against the firm of Decoulos & Decoulos, the Plaintiff shall seek withdrawal of the reference as to those counts as this Court determined the Defendant law firm has a right to a trial by jury on those counts. Alternatively, the Plaintiff shall voluntarily dismiss those counts or seek other appropriate relief to resolve those two remaining counts.

IT IS SO NOTED:                               IT IS SO ORDERED:

                                              /s/ Joan N. Feeney

_____                _____ Dated: 06/08/2010
Courtroom Deputy                              Joan N. Feeney, U.S. Bankruptcy Judge